1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  DAVID B. NEWDORF, State Bar #172960
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3892
6  Facsimile:     (415) 554-3837
   E-Mail:        david.newdorf@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG AND STEPHEN BENZINGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.L., by and through his Guardian Ad Litem, MONICA AUTRY,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO STEPHEN BENZINGER, individually, and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and, San Francisco Police Officers DOES 1-25, inclusive,<br><br>            Defendants, | Case No. C 04-1782 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES IN CASE MANAGEMENT ORDER**<br><br>Trial Date:              April 10, 2006 |

        All parties to the above-entitled related matters STIPULATE and AGREE as follows:

        1.      Counsel for plaintiff and defendants have been unable to complete discovery due to delays in providing certain discovery responses from the parties.

2. With approval of the Court, the parties agree that the fact discovery cutoff shall be extended to December 2, 2005.

3. With the approval fo the Court, the parties agree that the hearing date for dispostive motions shall be continued to January 18, 2005.

4. This is the first time that the parties have requested a continuance of dates in the Court's case management order.

STIPULATED and AGREED:

Dated:  November 1, 2005

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Deputy
          DAVID B. NEWDORF
          Deputy City Attorney

By: _____/s/_____
    DAVID B. NEWDORF

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO et al.

LAW OFFICES OF JOHN L. BURRIS
JOHN L. BURRIS
BENJAMIN NISENBAUM

By: _____/s/_____
    BENJAMIN NISENBAUM*

Attorneys for Plaintiffs
M.L. et al.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 11/7/05

Hon. Phyllis J. Hamilton
U.S. District Court Judge

**NO FURTHER CONTINUANCES!**

STIPULATION AND [PROPOSED] ORDER
EXTENDING CASE MGT. DEADLINES
U.S.D.C. CASE NO.C 04-1782 PJH

2

N:\LIT\LI2004\041643\00340525.DOC

1  *The undersigned counsel certifies that he has obtained approval by e-mail to e-file this Stipulation on behalf of counsel for all parties.

/s/
DAVID B. NEWDORF

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE MGT. DEADLINES
U.S.D.C. CASE NO.C 04-1782 PJH

3

N:\LIT\LI2004\041643\00340525.DOC