```
 1  JOHN L. BURRIS, Esq. (State Bar #69888)
    BENJAMIN NISENBAUM, ESQ. (State Bar #222173)
 2  LAW OFFICES OF JOHN L. BURRIS
    Airport Corporate Centre
 3  7677 Oakport Street, Suite 1120
    Oakland, CA  94621
 4  Telephone: (510) 839-5200
 5  Facsimile:  (510) 839-3882

 6  Attorney for Plaintiff
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| M.L., by and through his Guardian Ad Litem, MONICA AUTRY<br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO; STEVEN BENZINGER individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; and San Francisco Police Officers DOES 1-25, inclusive,<br><br>Defendants. | Case No. C04-1782 PJH<br><br>STIPULATION TO EXTEND EXPERT DISCLOSURE<br>AND ORDER |

The parties have met and conferred regarding disclosure of expert witnesses in this matter. The Court took Defendants' motion for summary judgment under submission on January 18, 2006. The parties hereby stipulate and request that the Court extend the Expert Disclosure dates in this matter to three weeks after the Court has issued a ruling on Defendants' Motion for Summary Judgment, since the number of experts, the areas of expert testimony, and the cost of expert witnesses may

1  depend heavily upon the narrowing or elimination of issues based on the Court's ruling
2  on Defendants' Motion for Summary Judgment.

Respectfully Submitted,

DATE: January 31, 2006

_____
BENJAMIN NISENBAUM
Attorney for Plaintiff

DATE: 2/1/06

_____
DAVID NEWDORF, Deputy City Attorney
Attorney for Defendants

## ORDER

GOOD CAUSE Shown, the Court hereby grants the Parties' Stipulation and orders that the exchange of expert witness disclosures occur between the parties not later than three weeks after the Court has issued its ruling on Defendants' Motion for Summary Judgment.

Dated: 2/3/06

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND ORDER EXTENDING EXPERT WITNESS DISCLOSURE
2